# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JHAKOBY JENNINGS | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:18CV00483 SWW |
| | * | |
| DOE, Program Coordinator, and | * | |
| BRANDY MONICA | * | |
|     DEFENDANTS | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF SEPTMBER, 2018.

                                          /s/Susan Webber Wright

                                          UNITED STATES DISTRICT JUDGE